IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LOWELL LINDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-102 |
| | ) | |
| ACCESS PRO MEDICAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration, the Court **GRANTS** the joint request to stay discovery while the parties participate in mediation.  (Doc. no. 13.)  The Court **STAYS** discovery through and including April 26, 2024.  The parties shall advise the Court as to the status of the case by no later than May 3, 2024, and if the case is not resolved, the parties shall submit a joint proposed Amended Scheduling Order by that same date.

SO ORDERED this 20th day of February, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA