IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LOWELL LINDER, | * |
| Plaintiff, | * |
| v. | *  CV 123-102 |
| ACCESS PRO MEDICAL, LLC, | * |
| Defendant. | * |

O R D E R

Before the Court is the Parties' joint stipulation of dismissal. (Doc. 50.) All Parties signed the stipulation, so the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Id.)

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of September, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA